UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIAM ALEXANDER,

                        Plaintiff,

          -against-

NEW YORK CITY HUMAN RESOURCES
ADMINISTRATION (HRA); ALEX
GALPERIN; ANNETTE SCOTT; JANE DOE
1,

                        Defendants.

25-CV-10365 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

In an order dated February 7, 2022, the Court barred Sean Matthew Finnegan from filing future civil actions in this court *in forma pauperis* ("IFP") without first obtaining from the court leave to file. *Finnegan v. Dist. of Columbia Superior Court*, No. 21-CV-10946 (S.D.N.Y. Feb. 7, 2022). Since the Court issued that filing injunction, Finnegan has filed multiple civil actions in this court under the name "Liam Alexander." *See Alexander v. NYPD*, No. 22-CV-4610 (S.D.N.Y. July 18, 2022), ECF 4 (explaining the facts that the Court relied upon to determine that Finnegan was filing under the name Liam Alexander). The Court recognized in each of those actions that it was Finnegan who filed those actions, and the Court has dismissed those actions under the filing injunction. *See Alexander v. Marriot Hotels Int'l*, No. 23-CV-10399 (S.D.N.Y. Dec. 22, 2023); *Alexander v. Bravo*, No. 23-CV-3373 (S.D.N.Y. Apr. 25, 2023); *Alexander v. Israel*, No. 23-CV-1798 (S.D.N.Y. Mar. 2, 2023); *Alexander v. N.Y.C. Dep't of Prob.*, No. 23-CV-1246 (S.D.N.Y. Feb. 21, 2023); *Alexander v. IRS*, No. 23-CV-1245 (S.D.N.Y. Feb. 21, 2023); *Alexander v. BRC*, No. 23-CV-0218 (S.D.N.Y. Jan. 13, 2023); *Alexander v. Dep't of Homeless Servs.*, No. 22-CV-10160 (S.D.N.Y. Dec. 8, 2022).

Finnegan filed this *pro se* action under the name "Liam Alexander," and he seeks leave to

proceed IFP, but he has not sought leave to file this action, as required by the filing injunction.

Accordingly, the Court dismisses this action without prejudice due to Finnegan's failure to

comply with the Court's February 7, 2022 order in *Finnegan*, No. 21-CV-10946, ECF 6.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order

would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal.

*See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:    March 20, 2026
          New York, New York

                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    Chief United States District Judge